

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
TIMOTHY S. VASQUEZ
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388-6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTERS OF THE SEARCHES OF: | |
| APARTMENT #114 LOCATED AT 2851 SOUTH DECATUR BOULEVARD, LAS VEGAS, NEVADA; | 2:12-MJ-030-PAL |
| A PRIVATE RESIDENCE LOCATED AT 960 LUCKY BAMBOO, HENDERSON, NEVADA; | 2:12-MJ-031-PAL |
| A TAN IN COLOR 2002 MERCURY SEDAN BEARING ARIZONA LICENSE TAG ABC2627; | 2:12-MJ-032-PAL |
| APARTMENT #24 LOCATED AT 2810 SOUTH DECATUR BOULEVARD, LAS VEGAS, NEVADA | 2:12-MJ-0334-PAL |

## *EX PARTE* MOTION TO UNSEAL

COME NOW THE UNITED STATES OF AMERICA, by and through it undersigned attorneys, and moves this Court to order the unsealing of the application, affidavit, search warrant and return previously filed in this matter. The UNITED STATES offers the following grounds for this Motion.

1. The search warrants issued in these matters were part of a broad investigation conducted by

the Federal Bureau of Investigation and other law enforcement agencies. That investigation has largely concluded.

2. Certain subjects of the investigation have been indicted in the criminal cases of *United States v. Horky, et al.*, 02:12-cr-440-RCJ-GWF, *United States v. Toli*, 02:12-cr-451-MMD-CWH, and *United States v. Alfaro*, 02:12-cr-450-JCM-CWH. Those indictments have been unsealed, and the indicted defendants have been arrested.

3. It is necessary to unseal the search warrant and supporting documents in this matter for purposes of discovery.

WHEREFORE, the UNITED STATES respectfully requests that the Court grant this motion and order this matter unsealed.

RESPECTFULLY SUBMITTED this 19th day of December 2012.

DANIEL G. BOGDEN,
United States Attorney

Timothy S. Vasquez
Assistant U.S. Attorney

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Date: 12/20/12

2